ALEJANDRO E. FIGUEROA
alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICA DONNA PIUMETTI a/k/a DONNA PIUMETTI,<br><br>Plaintiff,<br><br>v.<br><br>ADLER WALLACH & ASSOCIATES, INC. d/b/a AWA COLLECTIONS,<br><br>Defendant. | Case No. 2:19-cv-04609-MWF-MAA<br><br>**ORDER ON DISMISSAL WITH PREJUDICE** |

Plaintiff, DOMENICA DONNA PIUMETTI a/k/a DONNA PIUMETTI ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice with leave to reinstate through December 27, 2019.

Dated: 12/16/2019

_____
Judge, U.S. District Court

1